IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LENZO SEAMSTER,**<br><br>Plaintiff,<br><br>v.<br><br>**MESKATH UDDIN,**<br><br>Defendant. | 2:21-cv-0972 AC P<br><br>~~**[PROPOSED]**~~ **ORDER ON DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT**<br><br>Judge:          The Honorable Allison Claire<br>Trial Date:    None Set<br>Action Filed:  June 1, 2021 |

On April 5, 2023, Defendant M. Uddin filed a motion to opt out of this Court's post-screening ADR Project.  ECF No. 17.  After reviewing the notice and request, filed concurrently with the declaration of counsel in support thereof, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant's motion to opt out (ECF No. 17) is GRANTED;

2.      The stay of this action is LIFTED; and

3.      Defendant shall have thirty days from the date of this order to file a responsive pleading.

Dated:  April 5, 2023

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2023300706
65844269.docx
AC/viw:seam0972.optout.prop.o

1