1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LENZO SEAMSTER,                                   No.  2:21-cv-00972 DJC AC

12          Plaintiff,

13      v.                                            ORDER

14  MESKATH UDDIN,

15          Defendant.

16

17          On October 18, 2023, defendant filed a motion for summary judgment pursuant to Rule 56

18  of the Federal Rules of Civil Procedure.  ECF No. 23.  Plaintiff has not opposed the motion.

19          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21  the granting of the motion . . . ."  On May 16, 2023 plaintiff was advised of the requirements for

22  filing an opposition to the motion and that failure to oppose such a motion may be deemed a

23  waiver of opposition to the motion.

24          Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

25  imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

26  the Court."  In the order filed May 16, 2023, plaintiff was advised that failure to comply with the

27  Local Rules may result in a recommendation that the action be dismissed.

28          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of

1

this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: December 18, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE