UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENZO SEAMSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MESKATH UDDIN,<br><br>　　　　　Defendant. | No.  2:21-cv-00972 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 13, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.

　　　　Plaintiff filed objections to the findings and recommendations indicating that CDCR has impeded his access to the court by not sending him a copy of his medical records.  ECF No. 28.  However, plaintiff requested his medical records from 2009 to 2011 and the events at issue in this case occurred in 2019.  Therefore, the requested medical records are not relevant to the pending proceeding.  Moreover, to date

1

Plaintiff has failed to respond to the underlying Motion for Summary Judgment as required by the Magistrate Judge's December 19, 2023 Order, ECF No. 26.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 27) are adopted in full;
2. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and
3. Defendant's motion for summary judgment (ECF No. 23) is denied as moot.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 28, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

seam0972.805